IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREA K. YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF HAWAII AT MANOA, ET AL.,<br><br>Defendants. | CIV. NO. 26-00343 JAO-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S IFP APPLICATION AS MOOT (ECF NO. 10) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S IFP APPLICATION AS MOOT (ECF NO. 10)**

Findings and Recommendation having been filed on July 7, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 10, are adopted as the opinion and order of this Court.

///

///

///

///

///

IT IS SO ORDERED.

DATED:  Honolulu, Hawaiʻi, July 28, 2026.



Jill A. Otake
United States District Judge

Civil No. 26-00343 JAO-RT; *Young v. University of Hawaii at Manoa*, Order Adopting Magistrate Judge's Findings and Recommendations to Deny Plaintiff's IFP Application as Moot (ECF No. 10)